IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPECIALIZED SEATING, INC., | Civil Action No. 05 C 1197 |
| Plaintiff – Counter Defendant, | Judge James F. Holderman |
| v. | Magistrate Judge Michael T. Mason |
| GREENWICH INDUSTRIES, L.P. d/b/a/ CLARIN, | |
| Defendant – Counter-Plaintiff. | |

**Agreed Motion To Have Case Reassigned To New Magistrate Judge**

Defendant – Counter Plaintiff Greenwich Industries, L.P., d/b/a Clarin ("Defendant") moves this Court to have the case reassigned to a new Magistrate Judge. This motion is based on the following:

On April 27, 2006, this Court granted the motion of Joseph Berghammer, Wendell Harris and Phoebe Phillips to withdraw as counsel for Defendant, and granted leave to James White and Robert Rabin to file their appearances on behalf of Defendant. Mr. White filed his appearance on behalf of Defendant on May 19, 2006.

Mr. White is a personal friend of Magistrate Judge Mason. Consequently, Defendant respectfully requests that the case be referred to the Executive Committee for reassignment to a new Magistrate Judge.

Undersigned counsel has consulted with opposing counsel, Anthony S. DiVincenzo concerning the substance of this motion, and Mr. DiVincenzo agrees to this motion.

Dated: May 19, 2006

Respectfully submitted:

/s/ James P. White
James P. White, Esq. (3001032)
Laurie A. Haynie, Esq. (6195230)
J. Aron Carnahan, Esq. (6242642)
WELSH & KATZ, LTD.
120 S. Riverside Plaza • 22nd Floor
Chicago, IL 60606
(312) 655-1500

Robert F. Rabin
Robbins, Salomon & Patt, Ltd
25 East Washington Street
Suite 1000
Chicago, IL 60602
(312) 456-0192

Counsel for Defendant – Counter-Plaintiff
Greenwich Industries, L.P. d/b/a Clarin

3

## Certificate Of Service

I hereby certify that on May 19, 2006, I electronically filed the foregoing copy of the foregoing **Agreed Motion to Have Case Reassigned to New Magistrate Judge** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Filing Users, including the following:

**Anthony S. DiVincenzo**
asdlawyer@aol.com

**Robert F. Rabin**
rfr@rsplaw.com

/s/ James P. White
Counsel for Defendant