# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SPECIALIZED SEATING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05 C 1197 |
| v. | ) | |
| | ) | Judge James F. Holderman |
| GREENWICH INDUSTRIES, L.P., | ) | |
| d/b/a Clarin, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Specialized Seating, Inc. on each of its claims for declaratory judgment and on each of defendant Greenwich Industries, L.P.'s (d/b/a Clarin) counterclaims. The Court declares that U.S. Trademark Registration No. 2,803,875 is invalid; that plaintiff Specialized Seating, Inc.'s products cannot infringe defendant Greenwich Industries, L.P.'s (d/b/a Clarin) trade dress or registered trademark; and that the recording of U.S. Trademark Registration No. 2,803,875 with U.S. Customs and Border Protection is invalid.

Dated: July _6, 2010

_____
HONORABLE JAMES F. HOLDERMAN
CHIEF JUDGE, U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS